UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Reverend Beck,                                                Civil No. 05-06 (RHK/FLN)

      Plaintiff,

v.                                                                    O R D E R

Joan Fabian, et al.,

      Defendants.
_____

After a de novo review of the Objections to the August 11, 2005, Report and Recommendation of Magistrate Judge Franklin L. Noel, **IT IS ORDERED**:

1. The Objections (Doc. No. 26) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 24) is **ADOPTED**;

3. Plaintiff's Motion for Temporary Restraining Order ( Doc. No. 3) is **DENIED**; and

4. Insofar as Plaintiff's Consolidated Notice of Discovery Dispute and Second Motion for Appointment of Counsel, and Second Motion for Recusals, and TRO (Doc. No. 18) seeks a Temporary Restraining Order, the Motion is **DENIED**.

Dated: August 23, 2005

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge