UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

REVEREND BECK, Ph.D.,

       Plaintiff,

v.                        **ORDER**
                        Civil File No. 05-06 (MJD/JJG)

JOAN FABIAN, et al.,

       Defendants.
_____

Reverend Beck, Ph.D., Pro Se.

Kari Jo Ferguson, Assistant Attorney General, Counsel for State Defendants.
John B. Casserly, Geraghty, O'Loughlin & Kenney, Counsel for Stephen Craane.
_____

**I.    INTRODUCTION**

    The above-entitled matter comes before the Court pursuant to an objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, dated July 18, 2006.  Plaintiff Beck filed timely objections to the Report and Recommendation.  Defendants filed responses to Plaintiff's objections.

    Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the Court adopts the Report and Recommendation dated July 18, 2006.

    Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that

1) The Magistrate Judge's Report and Recommendation dated July 18, 2006 [Docket No. 102] is hereby **ADOPTED.**

2) The Defendants motion for discovery sanctions [Docket No. 81] is **GRANTED**.

3) This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 18, 2006                     s / Michael J. Davis
                                              Judge Michael J. Davis
                                              United States District Court