UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

REVEREND BECK, Ph.D.,

      Plaintiff,

v.                               **ORDER**
                              Civil File No. 04-686 (MJD/JJG)

TIM PAWLENTY, ET AL.,

      Defendants.
_____

REVEREND BECK, Ph.D.,

      Plaintiff,

                              **ORDER**
                              Civil File No. 05-06 (MJD/JJG)

v.

JOAN FABIAN, ET AL.,

      Defendants.
_____

      The above-entitled matter comes before the Court pursuant to a letter filed by Plaintiff Beck, which the Court interprets as a Motion for Relief from Order pursuant to Federal Rule of Civil Procedure 60.  Rule 60 permits the Court to vacate an order upon a finding of mistake, excusable neglect, newly discovered evidence, fraud or any other reason justifying relief.  Petitioner has not provided

the Court with grounds to vacate either its August 29, 2006, Order in <u>Beck v. Pawlenty</u> [Docket No. 123], or its September 18, 2006 Order in <u>Beck v. Fabian</u> [Docket No. 108], nor does the Court find any justification to do so.

In reviewing Plaintiff's letter, the Court notes with great displeasure that Plaintiff employs sexist terms in reference to the Magistrate Judge assigned to this case, and makes veiled threats against this Court.  These actions will not be tolerated.  Any future correspondence from Plaintiff containing such repugnant communications will not be docketed by this Court.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1) Plaintiff's Motion to Vacate the Court's August 29, 2006 Order, dated September 20, 2006 in Civil Case No. 04-686 [Docket No. 128] is hereby **DENIED.**

2) Plaintiff's Motion to Vacate the Court's September 18, 2006 Order, dated September 20, 2006 in Civil Case No. 05-06 [Docket No. 115] is hereby **DENIED.**

2) Any communications that do not comply with this Order will be rejected by this Court.

Dated: October 26, 2006                                s / Michael J. Davis
                                                                        Judge Michael J. Davis
                                                                       United States District Court